[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12082

Non-Argument Calendar

_____

ANTHONY RETIC,

Plaintiff-Appellant,

*versus*

CAPTAIN JOHN HUTTON,
LIEUTENANT MICHAEL J. JONES,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:23-cv-01396-MHH-SGC

_____

2                    Opinion of the Court                    24-12082

Before JORDAN, JILL PRYOR, and NEWSOM, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Anthony Retic, proceeding *pro se*, appeals from the district court's May 22, 2024 final order and judgment dismissing his action without prejudice. We lack jurisdiction over this appeal because the district court subsequently vacated that final order and judgment, preventing us from granting Retic any effectual relief even if he were to prevail on appeal. *See Brooks v. Ga. State Bd. of Elections*, 59 F.3d 1114, 1118 (11th Cir. 1995) (explaining that we lack authority to adjudicate moot controversies); *Mobley v. Palm Beach Cnty. Sheriff Dep't*, 783 F.3d 1347, 1352 (11th Cir. 2015) (dismissing portion of appeal as moot where appellant challenged an order dismissing his original complaint because the district court had amended that order to dismiss only the proposed amended complaint).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.